ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/8/2015 9:51:11 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00807-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/8/2015 9:51:11 PM
KEITH E. HOTTLE
Clerk

BRAD AERY, ET AL.

APPELLANTS

V.

HOSKINS, INC, ET AL.

APPELLEES

## APPELLANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

BRAD AERY, ET AL., Appellants, submit their Unopposed First Motion for Extension of Time to File Appellants' Reply Brief and in support of this motion state as follows:

1. Appellants' Reply Brief is due June 9, 2015.

2. This motion is filed prior to the expiration of this due date.

3. The undersigned has conferred with the attorneys for Appellees and this motion is unopposed.

4.     Appellants request an additional ten (10) days to file their Appellants' Reply Brief, extending the time to June 19, 2015.

5.     No extension has previously been granted.

6.     In addition to preparing the Reply Brief on behalf of the Aery Appellants, the undersigned is responsible for the preparation and filing of briefs in *Sloan v. Law Office of Oscar C. Gonzalez,* No. 14-1015, due in the Supreme Court on June 22, 2015, in *City of San Antonio v. Tenorio,* No. 04-15-00259-CV, due in this Court on June 26, 2015, and in *Winkenhower v. Estate of Smith*, No. 04-15-00077-CV, due in this Court on June 29, 2015. This extension request is not filed for purposes of delay

PRAYER

Appellants ask this Court to grant their motion extending the deadline to file their Appellants' Reply Brief to June 19, 2015.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP
ROSEMARIE KANUSKY
State Bar No. 00790999
rosemarie.kanusky@nortonrosefulbright.com
JOHN W. WEBER, JR.
State Bar No. 21046500
john.weber@nortonrosefulbright.com
JEFFREY A. WEBB
State Bar No. 24053544
jeff.webb@nortonrosefulbright.com
300 Convent, Suite 2100
San Antonio, TX  78205
(210) 224.5575 – Phone
(210) 270.7205 – Fax

ATTORNEYS FOR THE HOUSE FAMILY

2

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX  78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com


/s/DAN POZZA
State Bar No. 16224800

ATTORNEY FOR BRAD AND RANDI AERY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Appellants' Unopposed First Motion for Extension of Time to File Appellants' Reply Brief* has been sent via:

☐ Certified Mail, Return Receipt Requested
☐ Regular U.S. Mail
☐ Hand Delivery
☐ Facsimile
☒ E-Mail Transmission

on this 8th day of June, 2015, to:

David L. Ylitalo
dylitalo@coatsrose.com
Coats Rose PC
1020 Northeast Loop 410, Suite 800
San Antonio, TX  78209
*Counsel for Leonard Hoskins*

Ellen B. Mitchell
emitchell@dykema.com
C. David Kinder
dkinder@dykema.com
Dykema Cox Smith
112 East Pecan, Suite 1800
San Antonio, Texas 78205
*Counsel for Hoskins, Inc., C. Clifton Hoskins, and Trudy Day*

Michael C. Sartori
michael@msartori.com
Law Office of Michael C. Sartori
P.O. Box 1222
502A Houston Street
George West, TX  78022
*Counsel for Hoskins, Inc., C. Clifton Hoskins, Trudy Day and Hazel Q. Hoskins*

Peter E. Hosey
phosey@jw.com
Julia W. Mann
jmann@jw.com
Jackson Walker L.L.P.
112 E. Pecan Street, #2400
San Antonio, Texas 78205
*Counsel for Lee Ann Kulka, Lee Roy Hoskins, III and Andrea Jurica*

4

Ezra A. Johnson
ejohnson@ufjblaw.com
Uhl, Fitzsimons, Jewett & Burton, PLLC
4040 Broadway, Suite 430
San Antonio, TX  78209
*Counsel for Blake C. Hoskins*

David W. Navarro
dnavarro@hsfblaw.com
Brendon C. Holm
bholm@hsfblaw.com
Hornberger Sheehan Fuller  Beiter
Wittenberg & Garza Incorporated
The Quarry Heights Blding
7373 Broadway, Suite 300
San Antonio, TX  78209
*Counsel for Brent C. Hoskins*

Benjamin F. Youngblood III
bfy@prodigy.net
Benjamin F. Youngblood III, P.L.L.C.
8207 Callaghan Road, Suite 100
San Antonio, TX  78230
*Counsel for Jane W. Hoskins*

Jason A. Newman
Jason.newman@bakerbotts.com
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
*Counsel for Texoz E&P I, Inc.*

Bruce D. Oakley
bruce.oakley@hoganlovells.com
Robert L. Pillow
Robert.pillow@hoganlovells.com
Hogan Lovells US LLP
700 Louisiana St., Suite 4300
Houston, TX  77002
*Counsel for Armadillo E&P, Inc.,
Sea Eagle Ford, LLC, and
Sundance Energy, Inc.*

Roberta S. Dohse
rdohse@hfdlaw.com
Conner R. Jackson
cjackson@hfdlaw.com
R. Clay Hoblit
choblit@hfdlaw.com
Hoblit Ferguson Darling, LLP
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, TX  78401
*Counsel for Aurora Resources
Corporation*

/s/Dan Pozza

5